ARBITRATION, CLOSED

**U.S. District Court**
**District of New Jersey [LIVE] (Newark)**
**CIVIL DOCKET FOR CASE #: 2:06-cv-04786-SDW-MCA**
**Internal Use Only**

VON ESSEN v. C.R.BARD, INC. et al
Assigned to: Susan D. Wigenton
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 10/02/2006
Date Terminated: 07/05/2007
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**JENINE VON ESSEN** represented by **HARRIS L. POGUST**
POGUST & BRASLOW, LLP
161 WASHINGTON STREET
SUITE 1520
CONSHOHOCKEN, PA 19428
(610) 941-4204
Fax: (610) 941-4245
Email: hpogust@cpm-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R.BARD, INC.** represented by **DAVID J. COONER**
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07101
(973) 622-4444
Email: dcooner@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVOL, INC.** represented by **DAVID J. COONER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2006 | 1 | NOTICE OF REMOVAL by C.R.BARD, INC., DAVOL, INC. from |

| | | |
|---|---|---|
| | | SUP CT OF UNION COUNTY, case number UNN-L-2973-06. ( Filing fee $ 350 receipt number 341404) (dr, ) (Entered: 10/11/2006) |
| 10/04/2006 | | CASE REFERRED to Arbitration. (dr, ) (Entered: 10/11/2006) |
| 10/12/2006 | 2 | Application and Clerk's Order to extend time to answer as to defts., DAVOL INC. & C.R. BARD, INC. until 10/22/06. (DD, ) (Entered: 10/12/2006) |
| 10/23/2006 | 3 | ANSWER to Complaint with Jury Demand by C.R.BARD, INC., DAVOL, INC..(COONER, DAVID) (Entered: 10/23/2006) |
| 10/31/2006 | 4 | MOTION to Remand by JENINE VON ESSEN. (Attachments: # 1 Text of Proposed Order Proposed Order# 2 Brief Memorandum in Support of Plaintiff's Motion to Remand# 3 Certificate of Service Electronic Filing Certificate of Service# 4 Certificate of Service Mail Certificate of Service)(POGUST, HARRIS) (Entered: 10/31/2006) |
| 11/01/2006 | 5 | MOTION for Leave to Appear Pro Hac Vice by C.R.BARD, INC., DAVOL, INC.. (Attachments: # 1 Certification of James Knight in Support of Motion to Admit Counsel Pro Hac Vice# 2 Text of Proposed Order)(COONER, DAVID) (Entered: 11/01/2006) |
| 11/01/2006 | | Set Deadlines as to 5 MOTION for Leave to Appear Pro Hac Vice. Motion Hearing set for 11/27/2006 before Susan D. Wigenton. [PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT] (DD, ) (Entered: 11/01/2006) |
| 11/01/2006 | 6 | Rule 7.1 Letter for extension of return date re 4 MOTION to Remand filed by C.R.BARD, INC., DAVOL, INC.. (COONER, DAVID) (Entered: 11/01/2006) |
| 11/02/2006 | | Set Deadlines as to 4 MOTION to Remand. Motion Hearing set for 11/27/2006 before Susan D. Wigenton. [PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT] (DD, ) (Entered: 11/02/2006) |
| 11/03/2006 | | CHAMBERS NOTE - ORAL ARGUMENT on the Remand Motion will be heard on DECEMBER 11, 2006 at 3:00 p.m. before Judge Madeline Cox Arleo. Counsel are directed to electronically file all papers and submit a courtesy copy to Judge Arleo directly. (jl, ) (Entered: 11/03/2006) |
| 11/03/2006 | 7 | ORDER granting 5 Motion for Leave to Appear Pro Hac Vice as to KIRBY T. GRIFFIS, ESQ. & DANA ALAN GAUSEPOHI, ESQ.. Signed by Judge Madeline C. Arleo on 11/3/06. (DD, ) (Entered: 11/08/2006) |
| 11/27/2006 | 8 | BRIEF in Opposition re 4 MOTION to Remand filed by C.R.BARD, INC., DAVOL, INC.. (Attachments: # 1 Brief in Support of Defendants' Opposition to Remand# 2 Text of Proposed Order)(COONER, DAVID) (Entered: 11/27/2006) |

| | | |
|---|---|---|
| 12/05/2006 | 9 | STIPULATION by JENINE VON ESSEN. (BRASLOW, DEREK) (Entered: 12/05/2006) |
| 12/06/2006 | 10 | RESPONSE to Motion re 4 MOTION to Remand *Plaintiff's Reply to Defendant's Memorandum in Opposition in Plaintiff's Motion to Remand* filed by JENINE VON ESSEN. (BRASLOW, DEREK) (Entered: 12/06/2006) |
| 12/11/2006 | | Minute Entry for proceedings held before Judge Madeline C. Arleo : Motion Hearing held on 12/11/2006 re 4 MOTION to Remand filed by JENINE VON ESSEN,. (jl, ) (Entered: 01/04/2007) |
| 02/26/2007 | 11 | MOTION by pltfs. to Transfer Case to DIST.. OF RHODE ISLAND w/proof of serv.. (DD, ) (Entered: 03/01/2007) |
| 03/01/2007 | | (Court only) ***Motions terminated: 11 MOTION to Transfer Case to DIST.. OF RHODE ISLAND. (DD, ) (Entered: 03/01/2007) |
| 03/26/2007 | 12 | BRIEF in Opposition re Motion for Transfer filed by C.R.BARD, INC., DAVOL, INC.. (Attachments: # 1 Response to Motion# 2 Reasons for Oral Argument# 3 Certificate of Service)(DD, ) (Entered: 03/27/2007) |
| 03/26/2007 | 13 | MOTION to Transfer Case by pltfs., to NO. DIST. OF ALABAMA. (Attachments: # 1 Brief # 2 Certificate of Service # 3 additional cert. of serv.)(DD, ) (Entered: 03/27/2007) |
| 03/27/2007 | | (Court only) ***Motions terminated: 13 MOTION to Transfer Case to NO. DIST. OF ALABAMA. (DD, ) (Entered: 03/27/2007) |
| 05/14/2007 | 14 | FOURTH NOTICE OF TAG-ALONG ACTION by movant, Montiel. (DD, ) (Entered: 05/16/2007) |
| 06/05/2007 | 15 | PROOF OF SERVICE of Tag-Along Action (mn, ) (Entered: 06/06/2007) |
| 06/12/2007 | 16 | SEVENTH NOTICE OF TAG-ALONG ACTION by movant, Montiel (Attachments: # 1 Certificate of Service)(DD, ) (Entered: 06/13/2007) |
| 06/18/2007 | 17 | REPORT AND RECOMMENDATIONS re 4 MOTION to Remand filed by JENINE VON ESSEN Objections to R&R due by 7/2/2007. Signed by Judge Madeline C. Arleo on 6/18/07. (ji, ) (Entered: 06/18/2007) |
| 07/05/2007 | 18 | Certified copy of MDL Order transferring case to District of DIST. OF RHODE ISLAND. (DD, ) (Entered: 07/05/2007) |
| 07/05/2007 | | ***Civil Case Terminated. (DD, ) (Entered: 07/05/2007) |