**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
**-and-**
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*
DC-3417

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JENINE VON ESSEN,<br><br>Plaintiff,<br><br>v.<br><br>DAVOL INC., a Rhode Island corporation;<br>C. R. BARD, INC., a New Jersey corporation,<br><br>Defendants. | ) | Civil Action No. __________________<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF SERVICE** |

Defendants C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

1. C.R. Bard, Inc., is a publicly traded company. It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.
2. Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Date: October 2, 2006

Respectfully submitted,

David J. Cooner

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
(973) 297-3960 (fax)

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.