Case 2:06-cv-04786-SDW-MCA Document 2 Filed 10/12/2006 Page 1 of 3

10-4-06

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
**-and-**
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*
DC-3417

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENINE VON ESSEN, Plaintiff, | |
| v. | Civil Action No. 06-4786 (SDW) |
| DAVOL INC., a Rhode Island corporation; C. R. BARD, INC., a New Jersey corporation, Defendants. | **APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PURSUANT TO LOCAL RULE 6.1(b)** |

Application is hereby made pursuant to Local Rule 6(1)(b) for a Clerk's Order, extending by fifteen (15) days (until October 22, 2006), the time within which defendants Davol Inc. and C.R. Bard Inc., may answer, move, or otherwise reply to the Complaint, and in connection with this Application, it is represented that:

1. No previous extension of time has been sought or obtained;
2. Defendants were served with a copy of the Complaint on or after

Case 2:06-cv-04786-SDW-MCA Document 2 Filed 10/12/2006 Page 2 of 3

September 2, 2006;

3. Defendants C.R. Bard Inc. and Davol Inc. removed this case to this Court on October 2, 2006;

4. Time to answer, move, or otherwise reply to the Complaint would, but for this Application, expire no earlier than October 7, 2006, five days after removal. See Fed. R. Civ. P. 81(c).

**McCARTER & ENGLISH, LLP**
Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

By: ____________________
David J. Cooner

Dated: October 2, 2006

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

**ORDER**

The above application is ORDERED GRANTED.

ORDER DATED: October 12, 2006

William T. Walsh, Clerk

By: ____________________
Deputy Clerk

## CERTIFICATION OF SERVICE

I hereby certify that the within Application was served via first class mail on October 3, 2006, on counsel for plaintiffs, and on that same date the within Application was served by hand with the Court.

**McCARTER & ENGLISH, LLP**
Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

By: ______________________
James Knight

Dated: October 3, 2006