**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

civ 06-4786

RECEIVED-CLERK U.S. DISTRICT COURT
2007 MAY 14 P 12: 1

IN RE: KUGEL MESH HERNIA PATCH LITIGATION — MDL Docket No. 1842

**MOVANT MONTIEL'S FOURTH NOTICE OF TAG-ALONG ACTION**

To the Judicial Panel on Multidistrict Litigation and all Parties and their attorneys of record:

1. Please take notice that on February 23, 2007, plaintiffs in the action styled *Montiel v. Davol, Inc. et al.*, Case No. CA 07-064, United States District Court for the District of Rhode Island (the "Movants" and the "*Montiel* Action") filed a petition under 28 U.S.C. § 1407 seeking transfer and coordination of the cases listed in the attached Revised Schedule of Actions, attached hereto as Exhibit A.

2. Pursuant to Rules 7.2(i), 7.3(a), 7.5(d) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), we hereby notify the Clerk of the Panel that related actions were recently filed in the Southern District of Texas, the Western District of Louisiana, the Middle District of Tennessee and the Southern District of California:

**Southern District of Texas**

Ruben Cavazos v. C.R. Bard, Inc. and Davol, Inc.; Civil Action No. 4:07-cv-01394, Hon. Lynn N. Hughes.

**Western District of Louisiana**

Randall G. Woodard, v. Davol, Inc. and C.R. Bard, Inc., Civil Action No. 2:07-cv-00747, Hon. Patricia Minaldi

**Middle District of Tennessee**

Lydia F. Kolb and Robert Kolb v. C.R. Bard, Inc., and Davol, Inc., Civil Action No. 3:07-cv-00482, Hon. William J. Haynes, Jr.

**Southern District of California**

Wendy H. Risley; and Tracy A. Risley v. Davol, Inc., and C.R. Bard, Inc., Civil Action No. 3:07-cv-00806, Hon. M. James Lorenz

3. These actions arise from the same facts and assert similar claims as the pending actions that are the subject of Movants' petition and should, therefore, be designated as a Tag-Along Action pursuant to Panel Rule 7.5.

Dated: May 9, 2007

EAW / by permission MRM

Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
312-346-2222
312-346-0022 FAX

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Teresa C. Toriseva
Kathy A. Brown
WEXLER TORISEVA WALLACE LLP
1446 National Road
Wheeling, WV 46003
304-238-0066
304-238-0149 FAX

Fred Thompson, III
Rhett D. Klok
Fred Thompson
Henry Leventis
Carmen Scott
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216- 9450 FAX

# EXHIBIT
# A

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: KUGEL MESH HERNIA PATCH LITIGATION

MDL Docket No. 1842

**REVISED SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Carolene Jean Carter **Defendants:** Davol, Inc., C.R. Bard, Inc., a Rhode Island corporation, and John Does I-V | E.D. Arkansas (Little Rock Division) | 4:06-cv-01012 | J. Leon Holmes |
| **Plaintiffs:** Mary Jane Campbell **Defendants:** Davol, Inc., a Rhode Island corporation, C.R. Bard, Inc., a New Jersey corporation, Surgical Sense, Inc., a Texas corporation, WCO Medical Products Corporation, formerly John Doe I, and John Does II-V | W.D. Arkansas (Fayetteville Division) | 5:06-cv-05154 | Jimm Larry Hendren |
| **Plaintiffs:** Jenine Von Essen **Defendants:** C.R. Bard, Inc. and Davol, Inc. | D. New Jersey (Newark Division) | 2:06-cv-04786 | Susan D. Wigenton |
| **Plaintiffs:** Timothy J. Edgar **Defendants:** Davol, Inc., a Delaware Corporation | E.D. Missouri (St. Louis Division) | 4:06-cv-01471 | Stephen N. Limbaugh |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Jane R. Wilson<br>**Defendants:**<br>Davol, Inc. and C.R. Bard, Inc. | N.D. Florida (Pensacola Division) | 3:06-cv-00541 | M. Casey Rodgers |
| **Plaintiffs:**<br>Daniel Poston and Darline Poston<br>**Defendants:**<br>Davol, Inc. | E.D. California (Sacramento Division) | 2:07-cv-00032 | Frank C. Damrell, Jr. |
| **Plaintiffs:**<br>James Daniel Mathein<br>**Defendants:**<br>Davol, Inc., a Rhode Island corporation, and C.R. Bard, Inc., a New Jersey corporation | C.D. Illinois (Urbana Division) | 2:07-cv-02031 | Michael P. McCluskey |
| **Plaintiffs:**<br>Sonia Montiel, on behalf of herself and all others similarly situated, and Carol Nunes-McNamara, on behalf of herself and all others similarly situated<br>**Defendants:**<br>Davol, Inc. and C.R. Bard, Inc. | D. Rhode Island (Providence Division) | 1:07-cv-00064 | Mary M. Lisi |
| **Plaintiffs:**<br>George Andrew Luffman<br>**Defendants:**<br>C.R. Bard, Inc., a New Jersey Corporation, and Davol, Inc., a Rhode Island Corporation | M.D. Tennessee | 3:07-cv-00243 | William J. Haynes |
| **Plaintiffs:**<br>Thomas D. Hyland and Mary Jean Hyland<br>**Defendants:** Davol, Inc., and C.R. Bard, Inc. | E.D. New York | 2:07-cv-1054 | Joanna Seybert |
| **Plaintiffs:**<br>Sophia Katechis and Nicholas Katechis<br>**Defendants:**<br>Davol, Inc. and C.R. Bard, Inc. | S.D. New York | 1:07-cv-2098 | Barbara S. Jones |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Lilyan Kathleen Hall and Alonzo Hall **Defendants:** Davol, Inc., and C.R. Bard, Inc. | N.D. Alabama | 3:07-cv-480 | T. Michael Putnam |
| **Plaintiffs:** Richard H. Sayler, 35146 Quartermane, Bentleyville, OH 44136 and Lucinda J. Sayler, 35146 Quartermane, Bentleyville, OH 44136 **Defendants:** Davol, Inc., c/o Statutory Agent, CT Corporation System, 815 Superior Avenue, N.E., Cleveland, OH 44114 and C.R. Bard, Inc., c/o Statutory Agent, CT Corporation System, 815 Superior Avenue, N.E., Cleveland, OH 44114 | N.D. Ohio | 1:07-cv-765 | Lesley Wells |
| **Plaintiffs:** John Dileonardo and Elizabeth Dileonardo, Denise Bray and Bernard Bray, Elethiana Mobley and Willie Mobley, and Linda Peter and Leon Peter **Defendants:** Davol, Inc. and C.R. Bard, Inc. | E. D. New York | 1:07-cv-1540 | Eric N. Vitaliano |
| **Plaintiffs:** Neil Montgomery, Jr. and Stormi Montgomery **Defendants:** Davol, Inc. and C.R. Bard, Inc. | N.D. Florida | 3:07-cv-176 | Roger Vinson |
| **Plaintiffs:** Ruben Cavazos **Defendants:** C.R. Bard, Inc., and Davol, Inc. | S.D. Texas | 4:07-cv-1394 | Lynn N. Hughes |
| **Plaintiffs:** Randall G. Woodard **Defendants:** Davol Inc. and C.R. Bard Inc. | W.D. Louisiana | 2:07-cv-747 | Patricia Minaldi |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Lydia F. Kolb and Robert Kolb<br>**Defendants:**<br>C.R. Bard Inc., and Davol, Inc. | M.D. Tennessee | 3:07-cv-482 | William J. Haynes, Jr. |
| **Plaintiffs:**<br>Wendy H. Risley; and Tracy A. Risley<br>**Defendants:**<br>Davol, Inc., and C.R. Bard, Inc. | S.D. California | 3:07-cv-806 | M. James Lorenz |